UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DREAMWEAR, INC.,

                              Plaintiff,

– against –

B & P INTIMATES INC., JOHN DOES 1-10,

                              Defendants.

**OPINION AND ORDER**

16 Civ. 8973 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: October 15, 2019

Ramos, D.J.:

      Plaintiff Dreamwear, Inc. commenced this action on November 18, 2016. Doc. 1. On November 21, 2016, the Court directed Plaintiff to refile their complaint due to several deficiencies therein. Plaintiff properly refiled their complaint on November 21, 2016, and a summons was issued on the same day. Doc. 6-7. Since then, there has been no activity in this case and the Court has not received any further communication from Plaintiff. The time period for service of the summons and amended complaint expired on March 18, 2017. To date, none of the defendants has been served and Plaintiff has not requested an extension of time to serve.

      Accordingly, the above-caption action is dismissed without prejudice for failure to effect service, Fed. R. Civ. P. 4(m). The Clerk of the Court is respectfully directed to close the case.

      SO ORDERED.

Dated:    October 15, 2019
            New York, New York

                                                      _____
                                                      Edgardo Ramos, U.S.D.J.